# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00124-CV

**Capital Pacific Holdings, LLC; Capital Pacific Holdings, Inc.; and
Clark Wilson Homes, Inc. d/b/a Capital Pacific Homes and
Capital Pacific Homes, Inc., Appellants**

**v.**

**Darryl E. Atkinson and Kari Branch, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GN-07-000404, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Capital Pacific Holdings, LLC; Capital Pacific Holdings, Inc.; and Clark Wilson Homes, Inc. d/b/a Capital Pacific Homes and Capital Pacific Homes, Inc. no longer wish to pursue their appeal and have filed an unopposed motion to dismiss it pursuant to their settlement agreement with appellees Darryl E. Atkinson and Kari Branch.  We grant the motion and dismiss the appeal.  Tex. R. App. P. 42.1(a).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellants' Motion

Filed:  November 16, 2007